THERESA L. VAUGHAN, Appellant, *v.* THE CITY OF TROY, Respondent.

*Vaughan* v. *City of Troy*, 139 App. Div. 924, appeal dismissed
(Argued September 28, 1910; decided October 4, 1910.)  .

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July

15, 1910, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

*Ransom H. Gillet* for appellant.

*G. B. Wellington* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN. WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.